21st Century Distributions, Inc.
100 Horizon Park Drive
Penn Yan, NY 14527

21st Century Distribution, Inc.
100 Horizon Park Drive
Penn Yan, NY 14527

21st Century Distributors, Inc.
100 Horizon Park Drive
Penn Yan, NY 14527

Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT 84130

Alarm Components Distributing
116 Atlantic Avenue
Rochester, NY 14607

American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329

Appleton Disposal Service
54 Doran Avenue
Geneva, NY 14456

Arlington Industries, Inc.
PO Box 740983
Geneva, NY 14456

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Bank of America
777 Main Street
Hartford, CT 06115


Barnett, Inc
PO Box 404295
Atlanta, GA 30384


Basco
PO Box 0504
Cincinatti, OH 45264


Beacon Morris
260 North Elm Street
Westfield, MA 01085
Attn: Julio Carreras


C&C Marketing
404 Front Street
Vestal, NY 13850


Canandaigua National Bank & Trust
70 South Main Street
Canandaigua, NY 14424


Capital One
P.O. Box 85015
Richmond, VA 23285


Charger Water Treatment
1180 Dundee Avenue
Elgin, IL 60120


Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Chemique, Inc.
315 N. Washington Avenue
Moorestown, NJ 08057


CIT Small Business Lending
P.O. Box 1529
Livingston, NJ 07039


Citizens Automobile Finance Inc.
P.O. Box M
Providence, RI 02901


Commercial Pipe & Supply Corp.
1920 Elmwood Avenue
Buffalo, NY 14207


Community Bank, NA
126 South Street
Olean, NY 14760


Controlled Energy Corp.
240 Mad River Park
Waitsfield, VT 05673


Crescent Lighting
PO Box 827902
Philadelphia, PA 19182


Cuno, Inc.
Dept. Ch 10370
Palatine, IL 60055-370


DA Fehr
PO Box 189
Friedensburg, PA 17933

Discover Card
P.O. Box 15251
Wilmington, DE 19886


ECR International , Inc.
PO Box 31217
Hartford, CT 06150-1217


Finger Lakes Times
PO Box 393
Geneva, NY 14456


GE Supply
PO Box 100275
Atlanta, GA 30384


Geneva Electric Supply, Inc.
369 Lyons Road
Geneva, NY 14456


Grainger, Inc.
Dept. 656-84461414115
Palatine, IL 60038-0001


Ground Water Systems
6540 Routes 5 & 20
Bloomfield, NY 14469


Heat Controller, Inc.
1900 Wellworth Avenue
Jackson, MI 49203


IRR Supply Centers, Inc.
2477 Broadway
Buffalo, NY 14227

K&H Industries, Inc.
8656 Delameter Road
Angola, NY 14006


KJ Electric
PO Box 160
Syracuse, NY 13206-0160


Lakes Gas
Lake Street & Kimball Street
Penn Yan, NY 14527


Legend Valve
51245 Filomena Drive
Shelby Township, MI 48315


Liberty Electric Sales, Inc.
6602 Joy Road
East Syracuse, NY 13057


Louisville Tin & Stove Co.
PO Box 2767
Louisville, KY 40201-2767


Mary Cannon
24 Sunset Blvd.
Pittsford, NY 14534


MBNA
Platinum Plus for Business
P.O. Box 15463
Wilmington, DE 19850


Metallics, Inc.
229 Cross Street
Bristol, CT 06011

Milwaukee Electric
1101 Cornwall Road
Sanford, FL 32773-5821

Nextel
c/o Sprint
2001 Edmund Halley Drive
Reston, VA 20191

Northrup Supply Company
908 Niagara Falls  Blvd.
N. Tonawanda, NY 14120

NYS Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

NYSEG
PO Box 550
Ithaca, NY 14852-5550

Oil Equipment Mfg. Corp.
4 Hershey Drive
Ansonia, CT 06401

Parrish, Gmelin & Brassie. LLP
108 S. Main Street
Canandaigua, NY 14424-1996

Penn Yan Municipal
111 Elm Street
Penn Yan, NY 14527

Porcelain Products Co.
PO Box 951001
Cleveland, OH 44193

Protech Systems
26 Gansevoort Street
Albany, NY 12202

Purolator Products Air Filtration
PO Box 530172
Atlanta, GA 30353-0172

RW Beckett Corp.
PO Box 1289
Elyria, OH 44036

Sherwood Specialties, Inc.
412 Smith Street
Rochester, NY 14608

Space Pak
PO Box 5-0571
Woburn, MA 01815-0571

Sweeney-Rogers
60 Earls Way
Franklin, MA 02038

Task Tools & Abrasives
245 Braneida Lane
Brantford, ONT N3S7W8 Canada

The Chronicle-Express
138 Main Street
Penn Yan, NY 14527

Tjernlund Products, Inc.
1601 Ninth Street
White Bear Lake, MN 55110-6794

Tork, Inc.
PO Box 1004
White Plains, NY 10602

Trent Metals Limited
PO Box 4088
Peterborough, ONT K9J7B1 Cananda

Verizon
PO Box 15124
Albany, NY 12212-5124

Watts Regulator Co.
1101 Cornwall Road
Sanford, FL 32773-5821

Wells Fargo
WF Business Direct
P.O. Box 348750
Sacramento, CA 95834

White Rodgers
1101 Cornwall Road
Sanford, FL 32773-5821

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CANNON, JAMES E.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Individually and as an office, shareholder & director of 21st Century Distribution, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**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** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**24 Sunset Boulevard**<br>**Pittsford, New York 14534** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Monroe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business  ☐ Business | ☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **JAMES E. CANNON** | | |
|---|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | | |
|---|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | | |
|---|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/ JAMES E. CANNON**
Signature of Debtor

X   **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**10/12/2005**
Date

### Signature of Attorney

X   **S/ David D. MacKnight**
Signature of Attorney for Debtor(s)

**David D. MacKnight, Esq.,  601792**
Printed Name of Attorney for Debtor(s) / Bar No.

**Lacy Katzen LLP**
Firm Name

**130 E. Main St  (Granite Building)**
Address

**Rochester, NY 14604**

**585-454-5650**                                    **585-454-6525**
Telephone Number

**10/12/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **S/ David D. MacKnight**                    **10/12/2005**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐        Yes, and Exhibit C is attached and made a part of this petition.
☑        No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.